UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ROBERT MALEK, in care of M.M.,

                               Plaintiff,                1:22-CV-0855
                                                                              (BKS/DJS)

      v.

LETITIA JAMES, et al.,

                               Defendants.

---

APPEARANCES:                                   OF COUNSEL:

ROBERT MALEK
Plaintiff, pro se
East Meadow, NY 11554

BRENDA K. SANNES
Chief United States District Judge

### DECISION and ORDER

Plaintiff Robert Malek ("Plaintiff") commenced this action by filing a pro se civil rights complaint against various individuals and entities. Dkt. No. 1 ("Compl.").[1] On August 23, 2022, Plantiff filed a motion for recusal of the undersigned, which was docketed in each of his three cases pending in this District. *See* Dkt. No. 6; *Malek I*, Dkt. No. 130; *Malek II*, Dkt. No. 18. By Decision and Order entered on September 6, 2022, this Court denied plaintiff's motion for recusal in *Malek I*. *See Malek I*, Dkt. No. 134. For the reasons set forth in that

---

[1] On November 15, 2021, plaintiff commenced his first of three actions in this District. *See Malek v. New York State Unified Court System, et al.*, 1:21-CV-1230 (BKS/DJS) ("*Malek I*"), Dkt. No. 1 (N.D.N.Y. filed Nov. 15, 2022). On February 22, 2022, plaintiff commenced his second of three actions in this District. *See Malek v. New York State Unified Court System et al.*, 1:22-CV-0167 (BKS/DJS) ("*Malek II*"), Dkt. No. 1 (N.D.N.Y filed Feb. 22, 2022). By Text Order entered on February 28, 2022, Senior Judge recused himself from these cases, which were reassigned to the undersigned for all further proceedings. *See Malek I*, Dkt. No. 9; *Malek II*, Dkt. No. 9. Thereafter, plaintiff commenced the instant action, which was deemed related to *Malek I* and *Malek II* and therefore also assigned to the undersigned. *See* Dkt. No. 5.

Decision and Order, plaintiff's motion for recusal in this case is also denied.

**WHEREFORE**, it is hereby

**ORDERED** that Plaintiff's motion for recusal (Dkt. No. 6) is **DENIED**; and it is further

**ORDERED** that the Clerk shall attach to this Decision and Order a copy of the Decision and Order entered in *Malek I* denying the same motion for recusal; and it is further

**ORDERED** that the Clerk shall serve a copy of this Decision and Order on the parties.

**IT IS SO ORDERED.**

Dated: September 8, 2022
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge